```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UVONNIE JONES,

                            Plaintiff,

            -against-

UNITED CEREBRAL PALSY ASSOCIATIONS
OF NEW YORK STATE, INC.,

                           Defendant.

-------------------------------------------------------------X

22-CV-6483 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on January 18, 2023, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 21. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 24, 2023
                 New York, New York